

RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
rdennett@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:    (702) 839-1100
Facsimile:     (702) 839-1113
***Attorneys for Defendant, Progressive Casualty Insurance Company***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA HICKS, individually, and SHEILA HOPSON, individually,<br><br>                        Plaintiffs,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign corporation; and DOES I through X, inclusive,<br><br>                        Defendants. | CASE NO.   2:24-cv-01976-GMN-DJA |

### STIPULATION AND ORDER FOR DISMISSAL OF EXTRA-CONTRACTUAL (BAD FAITH AND PUNITIVE DAMAGES) CLAIMS, WITH PREJUDICE, AND REMAND TO NEVADA STATE COURT

IT IS HEREBY STIPULATED by and between ANDREA HICKS and SHEILA HOPSON, by and through their counsel of record, BRYAN A. BOYACK, ESQ., of the BOYACK LAW GROUP, and Defendant, PROGRESSIVE CASUALTY INSURANCE COMPANY, by and through its counsel RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, that Plaintiffs' claims for extra-contractual (bad faith), punitive damages (including but not limited to Plaintiff's Second Claim for Relief, as well as alleged breach of good faith and fair dealing, and alleged unreasonable and wrongful conduct), and any other claims involving claims beyond any alleged breach of contract, and/or between PROGRESSIVE DIRECT INSURANCE COMPANY, and ANDREA HICKS and SHEILA HOPSON, are hereby dismissed, with prejudice.

. . .

In addition, the parties hereto also agree that this matter be remanded, by agreement, for resolution of the alleged breach of contract claim to Nevada State Court.

Further it is agreed by the parties that Plaintiffs shall amend their complaint to correct the identity of the Defendant to PROGRESSIVE DIRECT INSURANCE COMPANY.

Both sides acknowledge that each side will bear their own attorneys' fees and costs as it relates to the litigation incurred in this litigation thus far.

DATED this __8th__ day of November, 2024.    DATED this __8th__ day of November, 2024.

**BOYACK LAW GROUP**                          **DENNETT WINSPEAR, LLP**


By____/s/ Bryan A. Boyack_____             By____/s/ Ryan L. Dennett_____
BRYAN A. BOYACK, ESQ.                         RYAN L. DENNETT, ESQ.
Nevada Bar No. 9980                           Nevada Bar No. 5617
1707 Village Center Circle, Suite 100         3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89134                       Las Vegas, Nevada  89129
Telephone:  (702) 744-7474                    Telephone:   (702) 839-1100
Facsimile:   (702) 623-4746                   Facsimile:    (702) 839-1113
*Attorneys for Plaintiffs, Andrea Hicks*      *Attorneys for Defendant, Progressive*
*And Sheila Hopson*                           *Casualty Insurance Company*

**ORDER**

UPON STIPULATION OF COUNSEL,

IT IS SO ORDERED.

Dated: November __12__, 2024.

_____
Gloria M. Navarro
U.S. DISTRICT JUDGE

2

# Theresa Amendola

| | |
|---|---|
| **From:** | bryan@boyacklawgroup.com |
| **Sent:** | Friday, November 8, 2024 3:37 PM |
| **To:** | Ryan Dennett |
| **Cc:** | 65f519d3e+matter1770060679@maildrop.clio.com; Theresa Amendola; 'Adan Garcia'; 'Danny Dastrup' |
| **Subject:** | RE: Hicks v. Progressive |

Looks good.  Please affix my electronic signature.

**BRYAN A. BOYACK, ESQ.**
1707 VILLAGE CENTER CIRCLE, SUITE 100
LAS VEGAS, NV 89134
BRYAN@BOYACKLAWGROUP.COM
WWW.BOYACKLAWGROUP.COM
PHONE 702-744-7474
FAX 702-623-4746



**Confidentiality Notice:** This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

---

**From:** Ryan Dennett <rdennett@dennettwinspear.com>
**Sent:** Friday, November 8, 2024 3:02 PM
**To:** Bryan Boyack <bryan@boyacklawgroup.com>
**Cc:** 65f519d3e+matter1770060679@maildrop.clio.com; Theresa Amendola <tamendola@dennettwinspear.com>; Adan Garcia <Adan@boyacklawgroup.com>; Danny Dastrup <danny@boyacklawgroup.com>
**Subject:** RE: Hicks v. Progressive

Bryan,

    Here is a proposed stipulation for dismissal of the extracontractual claims and remand of the case back to state court. I have also included a stipulation that you be allowed to amend to add the correct Progressive entity as a defendant.

    Please let me know if you are in agreement with this and if we can affix your signature for filing.
    Call me if you want to discuss.

Ryan

    Ryan L. Dennett, Esq.

1